IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.  1: 07CV00377 |
| ) | |
| GEORGIA RESOURCES ) | |
| MANAGEMENT, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## **PRAECIPE**

Will the court please note Plaintiff's filing of the Proofs of Service for defendants Georgia Resources Management, LLC and Global Methane Partners, Inc.

                                                  Respectfully submitted,
                                                  Saul Ewing LLP


                                                  ___/s/ Robert C. Gill_____
                                                  Robert C. Gill (D.C. Bar# 413163)
                                                  Shannon H. Bates (D.C. Bar# 480186)
                                                  2600 Virginia Avenue, NW
                                                  Suite 1000 – The Watergate
                                                  Washington, D.C.  20037
                                                  Tel:    202-295-6600
                                                  Fax:    202-295-6700
                                                  *Counsel for Plaintiff Daniel Lozinsky*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel Lozinsky

                                             **SUMMONS IN A CIVIL CASE**

   V.
Georgia Resources
Management, LLC
Global & Methane Partners,   CASE NUMBER   1:07CV00377

                                            JUDGE: John D. Bates

                                            DECK TYPE: General Civil

                                            DATE STAMP: 02/21/2007

TO: (Name and address of Defendant)
Georgia Resources Management, LLC
Herman Hohauser, Registered Agent
6212 Berlee Drive
Alexandria, Virginia 22312

     **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
       Robert C. Gill, Esq.
       Saul Ewing LLP
       2600 Virginia Ave., NW
       Suite 1000
       Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      FEB 21 2007
CLERK                                                        DATE

/s/ Anitta Stewart-Cureton
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Daniel Lozinsky

vs.

Georgia Resources Management, LLC, et al.

No. 1:07CV00377 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Complaint, Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before United States Magistrate Judge in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:00 pm on February 26, 2007, I served Georgia Resources Management, LLC c/o Herman Hohauser, Registered Agent at 6212 Berlee Drive, Alexandria, Virginia 22312 by serving Herman Hohauser, Registered Agent, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    65
 HEIGHT-    6'0"
   HAIR-    WHITE
 WEIGHT-    200
   RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 2-27-07
             Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 184172