IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY,            )<br>                             )<br>        Plaintiff,            )<br>v.                           )<br>                             )<br>GEORGIA RESOURCES           )<br>MANAGEMENT, LLC, et al.     )<br>                             )<br>        Defendants.         )   | Civil Action No.  1: 07CV00377 |

## **PRAECIPE**

Will the court please note Plaintiff's filing of the Proofs of Service for defendants Georgia Resources Management, LLC and Global Methane Partners, Inc.

                                          Respectfully submitted,
                                          Saul Ewing LLP


                                          ___/s/ Robert C. Gill_____
                                          Robert C. Gill (D.C. Bar# 413163)
                                          Shannon H. Bates (D.C. Bar# 480186)
                                          2600 Virginia Avenue, NW
                                          Suite 1000 – The Watergate
                                          Washington, D.C.  20037
                                          Tel:    202-295-6600
                                          Fax:    202-295-6700
                                          *Counsel for Plaintiff Daniel Lozinsky*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel Lozinsky

**SUMMONS IN A CIVIL CASE**

V.
Georgia Resources
Management, LLC
&
Global Methane Partners, II

CASE NUMBER  1:07CV00377

JUDGE: John D. Bates

DECK TYPE: General Civil

DATE STAMP: 02/21/2007

TO: (Name and address of Defendant)
Global Methane Partners, INC.
Corporation Service Company
2711 Centreville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Robert C. Gill, Esq.
Saul Ewing LLP
2600 Virginia Ave., NW
Suite 1000
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    FEB 21 2007
CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/23/07 @ 3:50 PM |
| NAME OF SERVER *(PRINT)* ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

X  G  Other (specify):   SERVED MEREDITH, AUTHORIZED TO ACCEPT SERVICE. SERVICE WAS COMPLETED AT 2711 CENTREVILLE ROAD, SUITE 400, WILMINGTON, DE 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/23/07
              Date

*Signature of Server*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

*Address of Server*

\* Complaint, Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.