UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA RESOURCES MGMT., LLC )<br>)<br>and )<br>)<br>GLOBAL METHANE PARTNERS, INC. )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:07CV00377 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**

The parties hereto move this Court to grant the Defendants an extension of time until on or before **April 4, 2007**, to answer or otherwise respond to the Complaint. By email dated March 19, 2007, attached hereto as **Ex. A**, Plaintiff's counsel consented to the relief requested herein.

>                     For Defendants Georgia Resources Mgmt., LLC
>                     and Global Methane Partners, LLC
>
>                     _____
>                     Edward P. Henneberry, # 15251
>                     Bregman, Berbert, Schwartz & Gilday, LLC
>                     7315 Wisconsin Avenue
>                     Suite 800 West
>                     Bethesda, Maryland 20814
>                     (301) 656-2707
>                     email: thenneberry@bregmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Consent Motion for Extension of Time to Answer was served this 19th of March, 2007, upon the following by first-class mail, postage prepaid, and by email:

> Robert C. Gill
> Saul Ewing, LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000
> Washington, D.C. 20037

_____
Edward P. Henneberry

F:\Home\THenneberry\Global Methane\Motions\Consent for Extension of Time to File Response.doc

**From:** "Gill, Robert C." <rgill@saul.com>
**To:** "Ted Henneberry" <THenneberry@bregmanlaw.com>
**Date:** 03/19/2007 1:57:45 PM
**Subject:** RE: Consent for Extension of Time to File Response.doc

Ted, I definitely consent to the relief you requested, and you can so represent to the court. But I'd rather not join in your motion, so my signature does not seem necessary.

Robert C. Gill, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C. 20037
(202) 295-6605 Tel
(202) 295-6705 Fax

-----Original Message-----
From: Ted Henneberry [mailto:THenneberry@bregmanlaw.com]
Sent: Monday, March 19, 2007 2:28 PM
To: Gill, Robert C.
Subject: RE: Consent for Extension of Time to File Response.doc

Bob-

The Court will issue a "paperless order." That's is why I did the consnet motion. Please let me know if I can sign your name. Ted.

Edward P. Henneberry
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 W
Bethesda, Maryland 20814
direct dial: (301) 961-6579
facsimile: (301) 961-6525
email: thenneberry@bregmanlaw.com


"Saul Ewing LLP <saul.com>" made the following annotations:

~~~~~~~~~~~~~~~~~~~~~~~
NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.

THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS WWW.SAUL.COM .
~~~~~~~~~~~~~~~~~~~~~~~



EXHIBIT A