UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY,              )<br>                                              )<br>           Plaintiff,             )<br>                                              )<br>       v.                              )<br>                                              )<br>GEORGIA RESOURCES MGMT., LLC )<br>                                              )<br>           and                       )<br>                                              )<br>GLOBAL METHANE PARTNERS, INC.)<br>                                              )<br>           Defendants.          )<br>_____) | Case No. 1:07CV00377 |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the Court:

      Please enter the appearance of undersigned counsel as counsel of record for the Defendants, Georgia Resources Management, LLC and Global Methane Partners, Inc., in the above-captioned matter:

                      Edward P. Henneberry, # 15251
                      Bregman, Berbert, Schwartz & Gilday, LLC
                      7315 Wisconsin Avenue
                      Suite 800 West
                      Bethesda, Maryland 20814
                      (301) 656-2707
                      email: thenneberry@bregmanlaw.com

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By: _____
Edward P. Henneberry, #15251
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Entry of Appearance was served on this 17th day of March, 2007, upon the following by first-class mail, postage prepaid, and by email:

Robert C. Gill
Saul Ewing, LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037

_____
Edward P. Henneberry

F:\Home\THenneberry\Global Methane\Pleadings\Notice of Appearance.doc