IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA RESOURCES, et al. )<br>)<br>Defendants. ) | Case No. 1:07-CV-00377 |

**CONSENT MOTION TO EXTEND TIME BY WHICH TO OPPOSE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR,
<u>IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT</u>**

Plaintiff Daniel Lozinsky ("Plaintiff") moves the Court, by counsel, to extend the time by which Plaintiff is to oppose defendants Georgia Resources Management, LLC and Global Methane Partners, Inc.'s (hereinafter collectively referred to as "Defendants") motion for summary judgment or, in the alternative, to dismiss the complaint. In support of this Motion, Plaintiff respectfully represent as follows:

1. On or about April 4, 2007, Defendants filed their Motion for Summary Judgment Or, In the Alternative, To Dismiss the Complaint and supporting memorandum. An opposition thereto is due on April 16, 2007.

2. Plaintiff requests that the Court extend the time by which Plaintiff must oppose Defendants' motion for summary judgment or, in the alternative, motion to dismiss to May 7, 2007. Plaintiff submits that the parties will not be prejudiced if the Court grants the requested relief. A scheduling order has not been entered yet in this matter, and therefore no other Court imposed deadline will be affected if Plaintiff is permitted to oppose Defendants' motion by May 7, 2007.

3. Defendants have consented to the relief sought pursuant to this Motion.

-2-

    4.     This is Plaintiff's first request to extend the deadline by which Plaintiff must oppose Defendants' motion.

WHEREFORE, Plaintiff moves for the Court to extend the time by which Plaintiff must oppose Defendants' motion for summary judgment or, in the alternative, motion to dismiss to May 7, 2007, and grant such other and further relief as the Court may deem proper.

Respectfully submitted,
Saul Ewing LLP


/s/ Robert C. Gill_____
Robert C. Gill (D.C. Bar# 413163)
Shannon H. Bates (D.C. Bar# 480186)
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C.  20037
Tel:    202-295-6600
Fax:    202-295-6700
*Counsel for Plaintiff Daniel Lozinsky*

-3-

Case 1:07-cv-00377-JDB    Document 8    Filed 04/16/2007    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | )   Case No. 1:07-CV-00377 |
| | ) |
| GEORGIA RESOURCES, et al. | ) |
| | ) |
|       Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff Daniel Lozinsky's Consent Motion to Extend Time By Which to Oppose Defendants' Motion for Summary Judgment Or, In the Alternative, To Dismiss the Complaint (the "Motion").

It appearing to the Court that good cause exists to do so, and pursuant to defendants Georgia Resources Management, LLC and Global Methane Partners, Inc.'s (collectively, "Defendants") consent to the relief requested, it is this _____ day of _____, 2007

ORDERED that the Motion is granted;

IT IS FURTHER ORDERED that an opposition to Defendants' Motion for Summary Judgment Or, In the Alternative, To Dismiss the Complaint shall be due on May 7, 2007.

 

_____
United States District Court Judge
District of Columbia

**CERTIFICATE OF SERVICE**

      I certify that on this 16th day of April, 2007, a true and correct copy of the foregoing was sent via first class mail, postage pre-paid, to:

Edward P. Henneberry
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814


                                                                   /s/ Shannon H. Bates
                                                                       Shannon H. Bates