# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA RESOURCES MGMT., LLC )<br>)<br>and )<br>)<br>GLOBAL METHANE PARTNERS, INC.)<br>)<br>Defendants. )<br>) | Case No. 1:07CV00377 |

### DEFENDANTS' MOTION FOR *A TWO- DAY* EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT

Defendants, Georgia Resources Management, LLC and Global Methane Partners, Inc. (collectively, the "Defendants"), by their counsel, hereby move this Court to grant them a one day extension of time to filed their Response to the Complaint and state as follows:

1.  By Court Order, Defendants' Response to the Complaint is due today, January 28, 2008.  Counsel for the Defendants has completed a draft of such Response but has been unable to review and consult with his clients concerning the statements contained in such Response.

2.  Mr. John Onufrak, a principal of the Defendants, has just returned to the Washington, DC area today and has not had an opportunity to review the draft Response.

3.  Mr. Onufrak will review the draft Response tonight and submit his revisions, if any, to counsel for filing.

4. Defendants request until **Wednesday, January 30, 2008** to file their Response to the Complaint.

5. Plaintiff will not be prejudiced by Defendants' request for an additional two days to file their Response.

6. This Motion is written in good faith and not for purposes of delay.

For Defendants Georgia Resources Mgmt., LLC
and Global Methane Partners, LLC


_____/s/_____
Edward P. Henneberry, # 15251
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
email: thenneberry@bregmanlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for a Two-Day Extension of Time to File a Response to the Complaint was served this 28th day of January, 2008, upon the following by first-class mail, postage prepaid, and by email:

Robert C. Gill
Saul Ewing, LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037


_____/s/_____
Edward P. Henneberry

2

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL LOZINSKY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **GEORGIA RESOURCES MGMT., LLC** | )   Case No. 1:07CV00377 |
| | ) |
| and | ) |
| | ) |
| **GLOBAL METHANE PARTNERS, INC.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendants' Motion for a Two-Day Extension of Time to File a Response to the Complaint, good cause having been shown, it is this _____ day of January, 2008;

**ORDERED** that Defendants be given until Wednesday, January 30, 2008 to file their Response.

F:\Home\THenneberry\Global Methane\Motions\Motion to file a Response.doc