UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL LOZINSKY,

    Plaintiff,

        v.                        Civil Action No. 07-00377 (JDB)

GEORGIA RESOURCES MANAGEMENT, LLC, et al.,

    Defendants.

## SCHEDULING ORDER

Pursuant to the Joint Report filed by the parties in preparation for the Initial Scheduling Conference in this case, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. The deadline to add parties or amend pleading shall be April 15, 2008.

2. The parties shall exchange witness lists by not later than May 30, 2008.

3. The deadline for written discovery requests is June 30, 2008.

4. Plaintiff's disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due by not later than July 30, 2008. Defendants' disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due by not later than August 29, 2008.

5. Discovery shall close on September 30, 2008.

6. A status conference is scheduled for September 26, 2008 at 9:00 a.m.

7. Dispositive motions are due by not later than October 31, 2008.

**SO ORDERED.**

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                      United States District Judge

Date: March 14, 2008