UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA RESOURCES MGMT., LLC )<br>)<br>and )<br>)<br>GLOBAL METHANE PARTNERS, INC.)<br>)<br>Defendants. )<br>) | Case No. 1:07CV00377 |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of undersigned counsel as counsel of record for the Defendants, Georgia Resources Management, LLC and Global Methane Partners, Inc., in the above-captioned matter:

> Edward P. Henneberry, # 50312
> Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
> 11921 Rockville Pike – Third Floor
> Rockville, Maryland 20852
> (301) 230-520
> ehenneberry@srgpe.com

Respectfully submitted,

SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.

By: _____/s/_____
Edward P. Henneberry, # 50312
11921 Rockville Pike - Third Floor
(301) 230-5200
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Notice of Entry of Appearance was served on this 30th day, 2008 upon the following by first-class mail, postage prepaid, and by email:

     Robert C. Gill
     2600 Virginia Avenue, N.W.
     Suite 1000 – The Watergate
     Washington, D.C. 20037

                                 /s/
                            Edward P. Henneberry

F:\Home\THenneberry\Global Methane\Pleadings\Notice of Appearance.doc