UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGIA RESOURCES MGMT., LLC<br><br>      and<br><br>GLOBAL METHANE PARTNERS, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV00377<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 30th day of May, 2008, Defendants' Preliminary Witness List was served via first-class mail, postage prepaid, to Robert C. Gill, Saul Wing, LLP, 2600 Virginia Avenue, N.W., Suite 1000, Washington, D.C. 20027. I will retain the original of this document in my possession, without alteration, until the case is concluded, the time for noting an appeal has expired, and any valid appeal has been decided.

                SHULMAN, ROGERS, GANDAL, PORDY &
                    ECKER, P.A.


      By:              /s/
            Edward P. Henneberry, Esq.
            11921 Rockville Pike
            Suite 300
            Rockville, MD 20852
            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, a copy of the foregoing Certificate Regarding Discovery was sent, via first-class mail, postage prepaid to:

>Robert C. Gill
>2600 Virginia Avenue, N.W.
>Suite 1000 – The Watergate
>Washington, D.C. 20037

>_____/s/_____
>Edward P. Henneberry