**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL LOZINSKY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **GEORGIA RESOURCES MGMT., LLC** ) | **Case No. 1:07CV00377** |
| ) | |
| **and** ) | |
| ) | |
| **GLOBAL METHANE PARTNERS, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 4th day of June, 2008, Defendants' First Set of Interrogatory Requests to Plaintiff and Defendants' First Set of Document Requests to Plaintiff were served via first-class mail, postage prepaid, to Robert C. Gill, Saul Wing, LLP, 2600 Virginia Avenue, N.W., Suite 1000, Washington, D.C. 20027. I will retain the original of this document in my possession, without alteration, until the case is concluded, the time for noting an appeal has expired, and any valid appeal has been decided.

SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.

By: _____/s/_____
Edward P. Henneberry, Esq.
11921 Rockville Pike
Suite 300
Rockville, MD 20852
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008, a copy of the foregoing Certificate

Regarding Discovery was sent, via first-class mail, postage prepaid to:

> Robert C. Gill
> 2600 Virginia Avenue, N.W.
> Suite 1000 – The Watergate
> Washington, D.C. 20037

                    /s/
            Edward P. Henneberry