UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LOZINSKY,              )<br>                                              )<br>           Plaintiff,                  )<br>                                              )<br>v.                                        )<br>                                              )<br>GEORGIA RESOURCES MGMT., LLC )<br>                                              )<br>           and                          )<br>                                              )<br>GLOBAL METHANE PARTNERS, INC. )<br>                                              )<br>           Defendants.              )<br>_____) | Case No. 1:07CV00377 |

### PRAECIPE REGARDING CHANGE OF ADDRESS OF DEFENDANT'S COUNSEL

Please note the following change of address for defendant's counsel, Edward P. Henneberry:

NEW ADDRESS:

Edward P. Henneberry, Esquire
Shulman Rogers Gandal Pordy & Ecker, P.A.
11921 Rockville Pike
Rockville, Maryland  20852-2743

Respectfully submitted,

SHULMAN ROGERS GANDAL PORDY &
ECKER, P.A.


By: _____/s/_____
Edward P. Henneberry
11921 Rockville Pike
Rockville, Maryland  20852-2743
(301) 255-0524
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of June, 2008, a copy of the foregoing Notice of Change of Address of Defendant's counsel was sent, via first-class mail, postage prepaid to:

> Robert C. Gill
> Saul Ewing, LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000
> Washington, D.C. 20037

                                            /s/
                                Edward P. Henneberry